No. 24-3940

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 20, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| GPAT PATTERSON, Ph.D., ) | |
| ) | |
|    Plaintiff - Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| KENT STATE UNIVERSITY; MANDY ) | |
| MUNRO-STASIUK; JULIE M. MAZZEI, ) | |
| ) | |
|    Defendants - Appellees. ) | |

Plaintiff appeals the district court's summary judgment for defendants in this employment action alleging Title VII discrimination and retaliation, disability discrimination under the Rehabilitation Act, First Amendment retaliation, and violations of substantive and procedural due process relating to plaintiff's employment at defendant university. Plaintiff now moves for leave to file a corrected reply brief, tending simultaneously the corrected reply brief.

Upon review and consideration, plaintiff's motion is GRANTED, and the corrected reply brief is accepted. The clerk will file the corrected reply brief on the docket.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Kelly L. Stephens, Clerk